JAMES C. LIN (SBN:  271673)
jalin@winston.com
WINSTON & STRAWN LLP
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Telephone:     (650) 858-6500
Facsimile:     (650) 858-6550

MICHAEL M. MURRAY (*Pro Hac Vice application forthcoming*)
mmurray@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone:     (212) 294-6700
Facsimile:     (212) 294-4700

Attorneys for Defendants
SCHNEIDER ELECTRIC IT USA, INC.,
AMERICAN POWER CONVERSION CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CYBER SWITCHING PATENTS, LLC d/b/a CYBER SWITCHING,<br><br>Plaintiff,<br><br>v.<br><br>SCHNEIDER ELECTRIC IT USA, INC., AMERICAN POWER CONVERSION CORPORATION d/b/a APC,<br><br>Defendants. | **Case No. C 14-02692 JCS**<br><br>**STIPULATION TO EXTEND THE TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>Dept:  Magistrate Judge Joseph C. Spero |

**WHEREAS**, Cyber Switching Patents, LLC ("Plaintiff") filed the Complaint ("the Complaint") on June 10, 2014.

**WHEREAS**, Schneider Electric IT USA, INC. and American Power Conversion Corporation's ("Defendants") Answer or other responsive pleading is currently due on July 7, 2014;

**WHEREAS**, Rule 6-1(a) of the Civil Local Rules of the United States District Court for the

Winston & Strawn LLP
3300 Hillview Avenue
Palo Alto, CA  94304

1

Northern District of California provides that the parties may stipulate to extend the time within which to answer or otherwise to respond to the Complaint without a court order;

**WHEREAS**, the parties have agreed to a 30-day extension;

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the Plaintiff Cyber Switching Patents, LLC and Defendants Schneider Electric IT USA, Inc., et al., that the time for Defendants to answer or otherwise respond with respect to Plaintiff's complaint is extended to August 6, 2014.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**


Dated:  July 7, 2014                    By:    /s/ *William Stewart*
                                                Kathryn G. Spelman
                                                Kevin M. Pasquinelli
                                                Jing H. Cherng
                                                William Stewart
                                                Mount, Spelman & Fingerman, P.C.
                                                Attorneys for Plaintiff
                                                CYBER SWITCHING PATENTS, LLC


Dated:  July 7, 2014                    By:    /s/ *James C. Lin*
                                                James C. Lin
                                                Michael M. Murray*
Dated: 7/9/14                                   Winston & Strawn LLP
                                                Attorneys for Defendants
                                                SCHNEIDER ELECTRIC IT USA,
                                                INC.,
                                                AMERICAN POWER CONVERSION
                                                CORPORATION

                                                * *Pro Hac Vice application forthcoming*


        I, James C. Lin, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

                            /s/ *James C. Lin*
                                James C. Lin

UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Joseph C. Spero

NORTHERN DISTRICT OF CALIFORNIA

Winston & Strawn LLP
3300 Hillview Avenue
Palo Alto, CA 94304